1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  GENE M. DANIELS,

11           Petitioner,              No. CIV S-08-1354 EFB P

12      vs.

13  T. FELKER, Warden, et al.,

14           Respondents.             <u>ORDER</u>

15  _____/

16      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.

17  § 2254.  Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

18      Petitioner challenges a conviction in the Fresno County Superior Court and so this action

19  should have been commenced in the district court in Fresno.  Local Rule 3-120(d).  The court

20  will not rule on petitioner's application leave for to proceed *in forma pauperis*.

21      Accordingly, it is hereby ordered that:

22      1. This action is transferred to the district court in Fresno.  *See* Local Rule 3-120(f).

23      2. The Clerk of Court shall assign a new case number.

24  /////

25  /////

26  /////

1

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: October 22, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE