# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE M. DANIELS,<br><br>   Petitioner,<br><br> v.<br><br>T. FELKER, Warden<br><br>   Respondent. | 1:08-CV-01590 AWI MJS HC<br><br>ORDER REQUIRING RESPONDENT TO FILE RESPONSE<br><br>THIRTY-DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 15, 2010, this Court dismissed Respondent's motion to dismiss, and referred the matter to the assigned Magistrate Judge for further proceedings. Accordingly, Respondent is hereby ordered to file a response to the petition within **thirty (30) days** of the date of service of this order. The response, traverse, and opposition shall be filed in accordance to the instructions set forth in the briefing schedule previously issued by this Court on January 13, 2009. (Briefing Schedule, ECF No. 13.)

IT IS SO ORDERED.

Dated: September 17, 2010   /s/ *Michael J. Seng*
                 UNITED STATES MAGISTRATE JUDGE